JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFI HAROUTOUNIAN, | Case No.  CV 17-2422-GW(ASx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| STARBUCKS CORPORATION, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.


Dated: October 18, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE